IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 16, 2008

Charles R. Fulbruge III
Clerk

No. 07-20671
Summary Calendar

IN THE MATTER OF: EQUATOR CORP.

                                        Debtor.

STEVEN BARRY FRANKOFF

                                        Appellant

v.

TRUSTEE KENNETH R HAVIS

                                        Appellee

Appeal from the United States District Court
for the Southern District of Texas, Houston
USDC No. 4:07-CV-1035

Before REAVLEY, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

    Steven Barry Frankoff appeals the district court's grant of summary judgment against him. The district court found that a transfer of money from the Debtor to Frankoff was improper, and therefore avoidable, under 11 U.S.C. §549. After a review of the record and briefs, we find no reversible error.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Essentially for the reasons stated in the opinion of the district court, the judgment is AFFIRMED.